UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                CASE NO. 07 B 02654
    STEPHANIE L COLEMAN
                                      CHAPTER 13

                                      JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-4976
```

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 02/15/2007 and was confirmed 06/25/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  5.00%.

    The case was dismissed after confirmation 04/14/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ACL INC | UNSECURED | NOT FILED | .00 | .00 |
| ACL INC | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY | UNSECURED | NOT FILED | .00 | .00 |
| DIRECTV | UNSECURED | NOT FILED | .00 | .00 |
| LASALLE BANK | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| PURPOSE SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| PURPOSE SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 197.91 | .00 | .00 |
| ICE MOUNTAIN SPRING WATE | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |
| KISHWAUKEE COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| CASH ADVANCE | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH | UNSECURED | NOT FILED | .00 | .00 |
| FSM GROUP INC | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED | 2500.00 | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGIATE FUNDING SVC | UNSECURED | NOT FILED | .00 | .00 |
| COLLEGIATE FUNDING SVC | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CYNTHIA GARLINGTON | UNSECURED | NOT FILED | .00 | .00 |
| SBC ILLINOIS | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | UNSECURED | 2802.78 | .00 | .00 |
| DISCOVER CARD | UNSECURED | NOT FILED | .00 | .00 |
| FIRST FINANCIAL BANK | UNSECURED | 1673.98 | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 386.46 | .00 | .00 |
| SPRINT PCS | UNSECURED | NOT FILED | .00 | .00 |
| AFFIRMATIVE INSURANCE | UNSECURED | NOT FILED | .00 | .00 |

                 PAGE  1 - CONTINUED ON NEXT PAGE
               CASE NO. 07 B 02654 STEPHANIE L COLEMAN

| | | | | |
|---|---|---|---|---|
| GRC | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| IQ TELECOM | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| PRACTICE RESOURCES INC | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1902.18 | .00 | .00 |
| NATIONAL CITY BANK | UNSECURED | 850.26 | .00 | .00 |
| CLOUT FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CASH LOAN TEAM | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |
| WOMENS WORKOUT WORLD | UNSECURED | NOT FILED | .00 | .00 |
| LVNV FUNDING | UNSECURED | NOT FILED | .00 | .00 |
| M & I BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST ANESTHESIS LTD | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK N AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK N AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS | UNSECURED | 1962.72 | .00 | .00 |
| B-REAL LLC | UNSECURED | 793.94 | .00 | .00 |
| NET BANK | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NORTHERN ILLINOIS UNIVER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1993.26 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2706.76 | .00 | .00 |
| PORTFOLIO RECOVERY | UNSECURED | 2756.85 | .00 | .00 |
| ASSOCIATES FINANCIAL SER | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SALLIE MAE LSCF | UNSECURED | .00 | .00 | .00 |
| SM SERVICING | UNSECURED | .00 | .00 | .00 |
| SM SERVICING | UNSECURED | .00 | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| SWISS COLONY | UNSECURED | NOT FILED | .00 | .00 |
| FCNB NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 07 B 02654 STEPHANIE L COLEMAN

```
US DEPT OF EDUCATION        UNSECURED     NOT FILED              .00              .00
CHRIST HOSPITAL             UNSECURED     NOT FILED              .00              .00
CHRIST HOSPITAL             UNSECURED     NOT FILED              .00              .00
NW BUS COLLEGE SW CAMPUS    UNSECURED     NOT FILED              .00              .00
WOW INTERNET AND CABLE      UNSECURED     NOT FILED              .00              .00
RESURGENT CAPITAL SERVIC    UNSECURED        975.90              .00              .00
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY    2,314.00                           707.38
TOM VAUGHN                  TRUSTEE                                            50.62
DEBTOR REFUND               REFUND                                              .00
```

          Summary of Receipts and Disbursements:

```
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                           758.00

PRIORITY                                                   .00
SECURED                                                    .00
UNSECURED                                                  .00
ADMINISTRATIVE                                          707.38
TRUSTEE COMPENSATION                                     50.62
DEBTOR REFUND                                              .00
                        ---------------     ---------------
TOTALS                            758.00             758.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 07/22/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE